THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 11, 2017



G. Michael Halfenger
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

<u>Court Minutes and Order</u>

| | |
|---|---|
| CHAPTER: | 7 |
| DATE: | May 8, 2017 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 13-30082 |
| DEBTOR: | Margaret Poole |
| ADV. PROC. NO.: | 16-2250 |
| PLAINTIFF: | Margaret Poole |
| DEFENDANT: | National Collegiate Student Loan Trust |
| NATURE OF HEARING: | Pretrial Conference |
| APPEARANCES: | Monette Cope, appearing for National Collegiate Student Loan Trust (by telephone) |
| | Laurie Bigsby, appearing for the debtor-plaintiff (by telephone) |
| COURTROOM DEPUTY: | Sara Hackbarth |
| LAW CLERK: | Devon E. Daughety |

On May 8, 2017, the court held an adjourned pretrial conference in the adversary proceeding. A recording of the hearing is posted on the docket.

For the reasons stated on the record, count number 1 of the plaintiff's complaint is dismissed with prejudice.

#####